# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In Re:  Mountain State College, Inc.              Bk. No.: 24-60041

       Debtor

### TRUSTEE'S RESPONSE TO COURT'S
### REQUEST TO CLARIFY FILING (DOC. NO. 90)

The Trustee, Thomas H. Fluharty, attaches hereto the information provided by his accountant related to computer and mailing charges.

Respectfully Submitted by:

  /s/ Thomas H. Fluharty
Thomas H. Fluharty, Trustee
WV Bar No.: 1231
408 Lee Avenue
Clarksburg, WV 26301
304-624-7832

RE: Mountain State College

From: John P. Lantzy (jlantzy@sek.com)

To: thfaal7@aol.com

Date: Friday, January 10, 2025 at 10:06 AM EST

There is an internal charge of $125.00 per return to cover the cost of the software to prepare returns. There were 3 returns, so the computer charges were $375.00. There was also a $12.55 mailing charge that I missed when mailing the information to you.

Jack



**John Lantzy, CPA, CVA**
Manager
**Business Valuation & Advisory**

SEK, CPAs & Advisors
19405 Emerald Square, Suite 1400
Hagerstown, MD, 21742
Phone 301-733-5020
Email jlantzy@sek.com
Website www.sek.com

✉ **Subscribe to our email list**



Assurance | Benefit Plans | Bookkeeping | Consulting
Estates | Human Resources | M&A | Outsourced CFO
Payroll | QuickBooks | Retirement Plans
Succession | Tax | Valuation

CAMP HILL | CARLISLE | CHAMBERSBURG | HAGERSTOWN | HANOVER | YORK

CONFIDENTIALITY NOTICE: This message may contain confidential and privileged information intended for the use of the addressee(s) named above. If you are not the intended recipient of this message, you are hereby notified that any use, distribution, or reproduction of this message, partial or in its entirety, is prohibited. If you have received this message in error, please notify the sender immediately.

From: thfaal7@aol.com <thfaal7@aol.com>
Sent: Wednesday, January 8, 2025 2:28 PM
To: John P. Lantzy <jlantzy@sek.com>
Subject: Mountain State College

** ALERT: This email originated outside SEK. Please exercise caution with links and attachments. **

Jack,

The application to pay you was filed in the above case. The Court is asking for more clarification on the computer and mailing charges. Could you elaborate on what that entails?

Thank you,

Betty Matheny

Bankruptcy Clerk

Thomas H. Fluharty, Trustee

408 Lee Avenue

Clarksburg, WV 26301

(304) 624-7832