**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**Parkersburg DIVISION**

In re:  Mountain State College, Inc.            §   Case No. 24-60041
                                                §
                                                §
                                                §
              Debtor(s)

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 05/23/2024. The undersigned trustee was appointed on 06/05/2024.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of      $      23,558.09

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 2,211.25 |
| Bank service fees | 116.41 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 21,230.43 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/26/2024 and the deadline for filing governmental claims was 11/26/2024. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,105.81. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,105.81, for a total compensation of $3,105.81[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $231.92 for total expenses of $231.92[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/09/2025                              By: /s/ Thomas H. Fluharty
                                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 1

| Case No.: | 24-60041 | Trustee Name: | (680231) Thomas H. Fluharty |
| --- | --- | --- | --- |
| Case Name: | Mountain State College, Inc. | Date Filed (f) or Converted (c): | 05/23/2024 (f) |
| | | § 341(a) Meeting Date: | 06/20/2024 |
| For Period Ending: | 01/09/2025 | Claims Bar Date: | 08/26/2024 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Cash on hand | 100.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account at Chase Bank, xxxxxx6109 | 634.25 | 634.25 | | 634.25 | FA |
| 3 | Checking Account at Chase Bank, xxxxxx1403 | 4,194.49 | 4,194.49 | | 2,759.88 | FA |
| 4 | Checking Account at Chase Bank, xxxxxx1489 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Checking Account at Chase Bank, xxxxxx9506 | 16.00 | 16.00 | | 16.00 | FA |
| 6 | Checking Account at Chase Bank, xxxxxx1470 | 53.19 | 53.19 | | 53.19 | FA |
| 7 | Checking Account at Chase Bank, xxxxxx1780 | 5,062.57 | 0.00 | | 0.00 | FA |
| 8 | Other inventory or supplies: 10 - 36" Round Plastic Table, April, 2024, Net Book Value: Unknown, Valuation Method: Liquidation | 300.00 | 300.00 | | 155.00 | FA |
| 9 | Other inventory or supplies: 48 - Stacking Chairs, April, 2024, Net Book Value: Unknown, Valuation Method: Liquidation | 720.00 | 720.00 | | 474.50 | FA |
| 10 | Other inventory or supplies: 2 - Metal Locker Set, April, 2024, Net Book Value: Unknown, Valuation Method: Liquidation | 200.00 | 200.00 | | 260.00 | FA |
| 11 | Other inventory or supplies: 5 - 36" Allsteel Student Desks, April, 2024, Net Book Value: Unknown, Valuation Method: Liquidation | 275.00 | 275.00 | | 20.00 | FA |
| 12 | Other inventory or supplies: 28 - 36" Plastic Student Desks, Net Book Value: $0.00 | 980.00 | 980.00 | | 197.50 | FA |
| 13 | Other inventory or supplies: 2 - Plastic Instuctor Desk with Storage Cabinet, April, 2024, Net Book Value: Unknown, Valuation Method: Liquidation | 200.00 | 200.00 | | 25.00 | FA |
| 14 | Other inventory or supplies: 11 - 8' Laminate Folding Tables, April, 2024, Net Book Value: Unknown, Valuation Method: Liquidation | 605.00 | 605.00 | | 61.50 | FA |
| 15 | Other inventory or supplies: 2 - 6' Laminate Fixed Library Tables, April, 2024, Net Book Value: Unknown, Valuation Method: Liquidation | 200.00 | 200.00 | | 60.00 | FA |

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

**Case No.:** 24-60041
**Case Name:** Mountain State College, Inc.
**For Period Ending:** 01/09/2025

**Trustee Name:** (680231) Thomas H. Fluharty
**Date Filed (f) or Converted (c):** 05/23/2024 (f)
**§ 341(a) Meeting Date:** 06/20/2024
**Claims Bar Date:** 08/26/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 16 | Other inventory or supplies: 4 - 8' Plastic Folding Tables, April, 2024, Net Book Value: Unknown, Valuation Method: Liquidation | 160.00 | 160.00 | | 70.00 | FA |
| 17 | Other inventory or supplies: 2 - 4 Drawer Fire Rated Filing Cabinet, April, 2024, Net Book Value: Unknown, Valuation Method: Liquidation | 800.00 | 800.00 | | 30.00 | FA |
| 18 | Other inventory or supplies: 16 - 4 Drawer Standard File Cabinet, April, 2024, Net Book Value: Unknown, Valuation Method: Liquidation | 960.00 | 960.00 | | 393.00 | FA |
| 19 | Other inventory or supplies: 1 - Blood-Draw Chair, Extra Wide, April, 2024, Net Book Value: Unknown, Valuation Method: Liquidation | 200.00 | 200.00 | | 90.00 | FA |
| 20 | Other inventory or supplies: 10 - Wire Frame Padded Chairs, April, 2024, Net Book Value: Unknown, Valuation Method: Liquidation | 100.00 | 100.00 | | 261.50 | FA |
| 21 | Other inventory or supplies: 2 - Allsteel U-Shaped Executive Desk with Wardrobe, April, 2024, Net Book Value: Unknown, Valuation Method: Liquidation | 800.00 | 800.00 | | 0.00 | FA |
| 22 | Other inventory or supplies: 3 - Allsteel L Shaped Desk, April, 2024, Net Book Value: Unknown, Valuation Method: Liquidation | 450.00 | 450.00 | | 25.00 | FA |
| 23 | 11 - Intel NUC PC with 23" Monitor. Valuation Method: Liquidation | 550.00 | 550.00 | | 30.00 | FA |
| 24 | 1 - Canon MF424dw Copy/Print/Fax Machine. Valuation Method: Liquidation | 75.00 | 75.00 | | 40.00 | FA |
| 25 | 1 - Nasiff 12-Lead Bluetooth ECG Setup. Valuation Method: Liquidation | 750.00 | 750.00 | | 0.00 | FA |
| 26 | 2 - Exam Tables. Valuation Method: Liquidation | 200.00 | 200.00 | OA | 0.00 | FA |
| 27 | 3 - Panasonic Electronic Whiteboard Setup. Valuation Method: Liquidation | 300.00 | 300.00 | | 20.00 | FA |
| 28 | 1 - CPR Instructor Set. Valuation Method: Liquidation | 300.00 | 300.00 | OA | 0.00 | FA |
| 29 | 2 - Phlebotomy Training Arm. Valuation Method: Liquidation | 60.00 | 60.00 | OA | 0.00 | FA |
| 30 | 1 - Amscope Digital Student Microscope. Valuation Method: Liquidation | 30.00 | 30.00 | | 7.00 | FA |
| 31 | 2 - Medical Mannequin. Valuation Method: Liquidation | 200.00 | 200.00 | | 160.00 | FA |

UST Form 101-7-TFR (5/1/2011)

**Form 1**

**Individual Estate Property Record and Report**

**Asset Cases**

Exhibit A

Page: 3

Case No.: 24-60041  
Case Name: Mountain State College, Inc.  
For Period Ending: 01/09/2025

Trustee Name: (680231) Thomas H. Fluharty  
Date Filed (f) or Converted (c): 05/23/2024 (f)  
§ 341(a) Meeting Date: 06/20/2024  
Claims Bar Date: 08/26/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 32 | 1 - Medical Skeleton Big/Small Set. Valuation Method: Liquidation | 100.00 | 100.00 | | 370.00 | FA |
| 33 | 2 - Wheelchairs. Valuation Method: Liquidation | 50.00 | 50.00 | | 25.00 | FA |
| 34 | Historic Pictures of College. | 100.00 | 100.00 | | 40.00 | FA |
| 35 | S 1/2 #67 GORDON & EBERT ADN 1 00X22.67 SPRING ST Map 70 Parcel 0005 LOT 100X22.67 SPRING ST Map: 70 Parcel: 0004 0000 0000 | 7,500.00 | 7,500.00 | | 7,500.00 | FA |
| 36 | First Energy (u)<br>refunds from electric accts: 110080985028; 110088927402; 110088927303. | 0.00 | 0.00 | | 1,342.27 | FA |
| 37 | coffin (u) | 0.00 | 0.00 | | 55.00 | FA |
| 38 | safe (u) | 0.00 | 0.00 | | 100.00 | FA |
| 39 | misc computer equipment (u) | 0.00 | 0.00 | OA | 1,741.50 | FA |
| 40 | tools & misc. items (u) | 0.00 | 0.00 | OA | 223.00 | FA |
| 41 | pictures, figurines & misc items. (u) | 0.00 | 0.00 | OA | 1,970.00 | FA |
| 42 | misc. household items (u) | 0.00 | 0.00 | OA | 453.00 | FA |
| 43 | misc. office supplies (u) | 0.00 | 0.00 | OA | 776.00 | FA |
| 44 | misc. items. (u) | 0.00 | 0.00 | OA | 3,119.00 | FA |
| **44** | **Assets Totals (Excluding unknown values)** | **$27,225.50** | **$22,062.93** | | **$23,558.09** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 4

| | |
|---|---|
| Case No.: 24-60041 | Trustee Name: (680231) Thomas H. Fluharty |
| Case Name: Mountain State College, Inc. | Date Filed (f) or Converted (c): 05/23/2024 (f) |
| | § 341(a) Meeting Date: 06/20/2024 |
| For Period Ending: 01/09/2025 | Claims Bar Date: 08/26/2024 |

**Major Activities Affecting Case Closing:**

1-8-25: drafted appl pay atty fees, trustee fees, order approving prof fees for TFR
1-7-25: filed appl pay accountant fees.
12-27-24: draft appl pay accountants fees./ called Court, no order was ever entered employing accountant, she will upload it & send to chambers.
12-19-24: review tax returns, mail.
11-13-24: deposited funds, drafted report of sale.
11-12-24: closing at 11:00 am, on sale of parking lot to Rock Wilson.
10-23-24: filed appl's to pay realtor & auctioneer.
10-21-24: drafted deed to Rock Wilson (sale of parking lot)
10-16-24: filed report of sale of personal property; revised appl pay auctioneer fees & expenses-filed.
10-9-24: deposited p.p. auction proceeds, drafted report of sale, motion confirm personal property auction.
10-8-24: drafted appl pay auctioneer fees & expenses.
9-25-24: filed motion confirm auction.
9-24-24: revised motion confirm auction sale of R/E
9-20-24: drafted motion to confirm auction of property.
9-19-24:  auction of real property
9-17-24: Chase revised order slightly, filed w/Court to stop hearing tomorrow.
9-3-24:  revised order of objection sell & employ.
8-29-24: drafted order resolving objection to employ JRP & selling R/E.
8-15-24: revised appl employ Joe R Pyle & motion conduct auction of R/E; filed w/Court & mailed to all creditors.
8-13-24: court entered order approving auction, set date w/auctioneer for Sept 28th @ 10:00 am, in Parkersburg.
8-12-24: revised appl employ Pyle.
8-9-24: drafted appl employ Joe R. Pyle sell lot
8-7-24: filed application
7-29-24: draft appl employ accounting firm
7-24-24: Judge granted motion employ auctioneer & hold auction of motorcycle, will enter order soon.// TC w/auctioneer Mike Voshel regarding dates for auction
6-26-24:  revised motion conduct auction sale, filed w/Court, mailed to all creditors.
6-24-24: filed appl employ auctioneer. & realtor.
6-21-24:  corrected auctioneers name on affidavit, emailed for his signature.
6-19-24:  deposited bank account proceeds (Betty off from 6-7-24 to 6-18-24)
6-13-24: closed all bank accounts at Chase Bank
6-5-24:  filed motion employ atty for trustee - THF.
6-4-24: TC w/ atty's office regarding Perkins loan files.  She sent the files along with checks // drafted motion employ realtor, attorney & auctioneer.
6-3-24: called Mon Power, Trustee said to turn off the electric, she will take care of it.
5-30-24: Natalie, Mon Power called, the college has 3 accounts w/them; 1 has been turned off for non payment; what does Trustee want to do with other two?
5-28-24: designated as asset case / prepare Form 1 / employ realtor to sell real property / employ atty for trustee

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** 03/31/2025 | **Current Projected Date Of Final Report (TFR):** 03/31/2025 |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B

Page: 1

| Case No.: | 24-60041 | Trustee Name: | Thomas H. Fluharty (680231) |
|---|---|---|---|
| Case Name: | Mountain State College, Inc. | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***6146 | Account #: | ******2151 Checking |
| For Period Ending: | 01/09/2025 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/19/24 | {6} | Chase Bank | close bank account proceeds | 1129-000 | 53.19 | | 53.19 |
| 06/19/24 | {3} | Chase Bank | close bank account proceeds | 1129-000 | 2,759.88 | | 2,813.07 |
| 06/19/24 | {5} | Chase Bank | close bank account proceeds | 1129-000 | 16.00 | | 2,829.07 |
| 06/19/24 | {2} | Chase Bank | close bank account proceeds | 1129-000 | 634.25 | | 3,463.32 |
| 06/28/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,458.32 |
| 07/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 6.07 | 3,452.25 |
| 08/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.51 | 3,446.74 |
| 09/03/24 | {36} | First Energy | utility refund, acct #********5028 | 1290-000 | 422.99 | | 3,869.73 |
| 09/03/24 | {36} | First Energy | utility refund, acct #********7402 | 1290-000 | 442.43 | | 4,312.16 |
| 09/03/24 | {36} | First Energy | utility refund, acct #********7303 | 1290-000 | 476.85 | | 4,789.01 |
| 09/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 7.11 | 4,781.90 |
| 10/09/24 | | Williamstown Auction Center | proceeds from auction of personal property | | 11,252.50 | | 16,034.40 |
| | {8} | | round plastic tables $155.00 | 1129-000 | | | |
| | {9} | | stacking chairs $474.50 | 1129-000 | | | |
| | {10} | | metal locker set $260.00 | 1129-000 | | | |
| | {12} | | plastic student desks $197.50 | 1129-000 | | | |
| | {13} | | plastic instuctor desk w/storage cabinet $25.00 | 1129-000 | | | |
| | {14} | | laminate folding tables $61.50 | 1129-000 | | | |
| | {15} | | laminate fixed library tables $60.00 | 1129-000 | | | |
| | {16} | | plastic folding tables $70.00 | 1129-000 | | | |
| | {18} | | 4 drawer fire rated filing cabinet $393.00 | 1129-000 | | | |
| | {19} | | blood-draw chair $90.00 | 1129-000 | | | |
| | {20} | | wire frame padded chairs $261.50 | 1129-000 | | | |
| | {22} | | allsteel L shaped desk $25.00 | 1129-000 | | | |
| | {23} | | Intel NUP PC w/23" monitor $30.00 | 1129-000 | | | |

Page Subtotals:    $16,058.09    $23.69

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

| Form 2 | | | | | | Exhibit B |
|---|---|---|---|---|---|---|
| | | Cash Receipts And Disbursements Record | | | | Page: 2 |

| | | | | | |
|---|---|---|---|---|---|
| Case No.: | 24-60041 | | Trustee Name: | | Thomas H. Fluharty (680231) |
| Case Name: | Mountain State College, Inc. | | Bank Name: | | TriState Capital Bank |
| Taxpayer ID #: | **-***6146 | | Account #: | | ******2151 Checking |
| For Period Ending: | 01/09/2025 | | Blanket Bond (per case limit): | | $3,000,000.00 |
| | | | Separate Bond (if applicable): | | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {24} | | Canon MF424dw copy/print/fax machine $40.00 | 1129-000 | | | |
| | {30} | | amscope digital student microscope $7.00 | 1129-000 | | | |
| | {31} | | medical mannequin $160.00 | 1129-000 | | | |
| | {32} | | medical skeleton big/small set $370.00 | 1129-000 | | | |
| | {33} | | wheelchairs $25.00 | 1129-000 | | | |
| | {34} | | historic pictures of college $40.00 | 1129-000 | | | |
| | {37} | | coffin $55.00 | 1229-000 | | | |
| | {38} | | safe $100.00 | 1229-000 | | | |
| | {39} | | computer equipment $1,741.50 | 1229-000 | | | |
| | {40} | | tools & misc. $223.00 | 1229-000 | | | |
| | {41} | | pictures, figurines, misc. $1,970.00 | 1229-000 | | | |
| | {42} | | household misc. $453.00 | 1229-000 | | | |
| | {43} | | misc. office supplies $776.00 | 1229-000 | | | |
| | {44} | | misc. items $3,119.00 | 1229-000 | | | |
| | {11} | | allsteel student desks $20.00 | 1129-000 | | | |
| | {17} | | 4 drawer fire rated filing cabinet $30.00 | 1129-000 | | | |
| | {27} | | Panasonic electronic whiteboard setup $20.00 | 1129-000 | | | |
| 10/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 21.59 | 16,012.81 |
| 11/12/24 | {35} | Diversified Property Managment, LLC | sale proceeds of parking lot. | 1110-000 | 7,500.00 | | 23,512.81 |
| 11/12/24 | 101 | Wood County Clerk | Recording & filing fees of deed | 2500-000 | | 100.25 | 23,412.56 |
| 11/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 30.24 | 23,382.32 |

                              Page Subtotals:     $7,500.00     $152.08

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B

Page: 3

| Case No.: | 24-60041 | Trustee Name: | Thomas H. Fluharty (680231) |
|---|---|---|---|
| Case Name: | Mountain State College, Inc. | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***6146 | Account #: | ******2151 Checking |
| For Period Ending: | 01/09/2025 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/19/24 | 102 | WV State Tax Department | CIT-120 2023 / FEIN 550396146 | 2820-000 | | 499.00 | 22,883.32 |
| 12/19/24 | 103 | Dept of the Treasury | Form 1120, 2023 EIN 55-0396146 | 2810-000 | | ! 1,612.00 | 21,271.32 |
| 12/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 40.89 | 21,230.43 |

|  |  | | |
|---|---|---|---|
| | COLUMN TOTALS | 23,558.09 | 2,327.66 | $21,230.43 |
| | Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| | Subtotal | 23,558.09 | 2,327.66 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $23,558.09 | $2,327.66 | |

*{ } Asset Reference(s)*     UST Form 101-7-TFR (5/1/2011)     ! - transaction has not been cleared

**Form 2**

Exhibit B
Page: 4

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 24-60041 | **Trustee Name:** | Thomas H. Fluharty (680231) |
| **Case Name:** | Mountain State College, Inc. | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***6146 | **Account #:** | ******2151 Checking |
| **For Period Ending:** 01/09/2025 | | **Blanket Bond (per case limit):** | $3,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $23,558.09 |
| Plus Gross Adjustments: | -$8,133.50 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $15,424.59 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******2151 Checking | $23,558.09 | $2,327.66 | $21,230.43 |
| | **$23,558.09** | **$2,327.66** | **$21,230.43** |

UST Form 101-7-TFR (5/1/2011)

Printed:  01/09/2025 6:57 AM

Page: 1

# Exhibit C

## Claims Register

**Case: 24-60041 Mountain State College, Inc.**

**Claims Bar Date:** 8/26/24 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ACCT Fees | Jack P. Lantzy<br>Smith Elliott Kearns & Co. LLC<br>19405 Emerald Square, Suite 2300<br>Hagerstown, MD 21742<br><3410-00 Accountant for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>11/26/24 | | $ 1,850.00<br>$ 1,850.00 | $0.00 | $1,850.00 |
| Atty Fees | Thomas H. Fluharty, Esquire<br>408 Lee Avenue<br>Clarksburg,, WV 26301<br><3110-00 Attorney for Trustee Fees (Trustee Firm)>, 200 | Admin Ch. 7<br>01/08/25 | | $ 3,164.00<br>$ 3,164.00 | $0.00 | $3,164.00 |
| Auctioneer Fees | Joe R Pyle Complete Auction & Realty Service<br>5546 Benedum Drive<br>Shinnston, WV 26431<br><3610-00 Auctioneer for Trustee Fees>, 200 | Admin Ch. 7<br>01/07/25 | | $ 1,062.50<br>$ 1,062.50 | $0.00 | $1,062.50 |
| Auctioneer Fees | Mike Voshel Auctioneer<br>#6 Painters Crossing<br>Williamstown, WV 26187<br><3610-00 Auctioneer for Trustee Fees>, 200 | Admin Ch. 7<br>01/07/25 | | $ 3,313.13<br>$ 3,313.13 | $0.00 | $3,313.13 |
| Realtor Fees | Debbie Douglass<br>Douglass & Co Real Estate Team<br>2649 Grand Central Avenue<br>Vienna, WV 26105<br><3510-00 Realtor for Trustee Fees>, 200 | Admin Ch. 7<br>01/07/25 | | $ 187.50<br>$ 187.50 | $0.00 | $187.50 |

Printed: 01/09/2025 6:57 AM

Page: 2

## Exhibit C

## Claims Register

**Case: 24-60041 Mountain State College, Inc.**

**Claims Bar Date:** 8/26/24 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| TR EXP | Thomas H. Fluharty<br>408 Lee Avenue<br>Clarksburg, WV 26301<br><br><2200-00 Trustee Expenses>, 200 | Admin Ch. 7<br>01/08/25 | | $ 231.92<br>$ 231.92 | $0.00 | $231.92 |
| TR FEE | Thomas H. Fluharty<br>408 Lee Avenue<br>Clarksburg, WV 26301<br><br><2100-00 Trustee Compensation>, 200 | Admin Ch. 7<br>11/14/24 | | $ 3,105.81<br>$ 3,105.81 | $0.00 | $3,105.81 |
| 1 | Fizer & Associates, PLLC<br>10 Stony Point Road<br>Charleston, WV 25314<br><br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>06/05/24 | | $ 10,000.00<br>$ 10,000.00 | $0.00 | $10,000.00 |
| 2 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC, P.O. Box 9013<br>Addison, TX 75001<br><br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>06/21/24 | | $ 20,562.90<br>$ 20,562.90 | $0.00 | $20,562.90 |
| 3P | Department of Treasury - Internal Revenue Service<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><br><5800-00 Claims of Governmental Units - § 507(a)(8)>, 570 | Priority Unsecured<br>07/08/24 | | $ 73,997.44<br>$ 47,159.86<br>Claim 5 overlaps dates and amounts of Claim 3. Reduced Claim 3's overlap amounts. | $0.00 | $47,159.86 |

Printed:  01/09/2025 6:57 AM

Page: 3

## Exhibit C

## Claims Register

**Case: 24-60041 Mountain State College, Inc.**

**Claims Bar Date:** 8/26/24 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3U | Department of Treasury - Internal Revenue Service<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>07/08/24 | | $ 4,878.59<br>$ 4,878.59 | $0.00 | $4,878.59 |
| 4 | West Virgnia Higher Education Policy Commission<br>2001 Union Carbide Drive<br>Building 2000<br>Charleston, WV 25303<br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>08/15/24 | | $ 19,970.00<br>$ 19,970.00 | $0.00 | $19,970.00 |
| 5P | Department of Treasury - Internal Revenue Service<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><5800-00 Claims of Governmental Units - § 507(a)(8)>, 570 | Priority Unsecured<br>08/19/24 | | $ 15,859.20<br>$ 15,859.20<br>Claim 5 overlaps dates and amounts of Claim 3.  Reduced Claim 3's overlap amounts. | $0.00 | $15,859.20 |
| 5U | Department of Treasury - Internal Revenue Service<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>08/19/24 | | $ 5,998.04<br>$ 5,998.04 | $0.00 | $5,998.04 |

Printed: 01/09/2025 6:57 AM

Page: 4

## Exhibit C

## Claims Register

**Case: 24-60041 Mountain State College, Inc.**

**Claims Bar Date:** 8/26/24 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6 | U.S. Department of Education<br>400 Maryland Avenue, S.W.<br>Washington, DC 20202<br><br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>08/21/24 | | $ 291,397.00<br>$ 291,397.00 | $0.00 | $291,397.00 |
| 7 | JPMorgan Chase Bank, N.A.<br>c/o Mark A. Jarman<br>P.O. Box 182223 Mail Code OH1-1271<br>Columbus, OH 43218<br><br><4110-00 Real Estate - Consensual Liens (mortgages, deeds of trust)>, 100 | Secured<br>08/22/24 | real estate / paid in full at closing of auction sale, McPeeks auctioned property. | $ 51,054.11<br>$ 0.00 | $0.00 | $0.00 |
| 8 | WorkForce West Virginia<br>1900 Kanawha Blvd. East<br>Bldg. 3 Suite 300<br>Charleston, WV 25305<br><br><5800-00 Claims of Governmental Units - § 507(a)(8)>, 570 | Priority Unsecured<br>08/26/24 | | $ 881.71<br>$ 881.71 | $0.00 | $881.71 |
| | | | **Case Total:** | | $0.00 | $429,622.16 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 24-60041
Case Name: Mountain State College, Inc.
Trustee Name: Thomas H. Fluharty

**Balance on hand:** $ 21,230.43

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 7 | JPMorgan Chase Bank, N.A. | 51,054.11 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 21,230.43

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Thomas H. Fluharty | 3,105.81 | 0.00 | 3,105.81 |
| Trustee, Expenses - Thomas H. Fluharty | 231.92 | 0.00 | 231.92 |
| Attorney for Trustee Fees - Thomas H. Fluharty, Esquire | 3,164.00 | 0.00 | 3,164.00 |
| Auctioneer Fees - Mike Voshel Auctioneer | 3,313.13 | 0.00 | 3,313.13 |
| Accountant for Trustee Fees (Other Firm) - Jack P. Lantzy | 1,850.00 | 0.00 | 1,850.00 |
| Realtor for Trustee Fees - Debbie Douglass | 187.50 | 0.00 | 187.50 |
| Auctioneer Fees - Joe R Pyle Complete Auction & Realty Service | 1,062.50 | 0.00 | 1,062.50 |

Total to be paid for chapter 7 administrative expenses: $ 12,914.86
Remaining balance: $ 8,315.57

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 8,315.57

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $63,900.77 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 3P | Department of Treasury - Internal Revenue Service | 47,159.86 | 0.00 | 6,137.03 |
| 5P | Department of Treasury - Internal Revenue Service | 15,859.20 | 0.00 | 2,063.80 |
| 8 | WorkForce West Virginia | 881.71 | 0.00 | 114.74 |

Total to be paid for priority claims:  $  8,315.57
Remaining balance:  $  0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $352,806.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Fizer & Associates, PLLC | 10,000.00 | 0.00 | 0.00 |
| 2 | JPMorgan Chase Bank, N.A. | 20,562.90 | 0.00 | 0.00 |
| 3U | Department of Treasury - Internal Revenue Service | 4,878.59 | 0.00 | 0.00 |
| 4 | West Virgnia Higher Education Policy Commission | 19,970.00 | 0.00 | 0.00 |
| 5U | Department of Treasury - Internal Revenue Service | 5,998.04 | 0.00 | 0.00 |
| 6 | U.S. Department of Education | 291,397.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:  $  0.00
Remaining balance:  $  0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

**UST Form 101-7-TFR(5/1/2011)**

| | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**