# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

RE: Mountain State College, Inc.

Case No.: 24-60041

Debtor(s)

Chapter 7

## TRUSTEE'S APPLICATION FOR COMPENSATION
## AND REIMBURSEMENT OF EXPENSES

Pursuant to 11 U.S.C. Section 330, the undersigned Trustee hereby requests compensation in the amount of $3,105.81 and reimbursement of expenses in the amount of $231.92 for this case. The Trustee has, by prior authorization, received no such compensation and no such reimbursement of expenses.

## COMPUTATION OF COMPENSATION AND EXPENSES

Total disbursements to other than debtor will be          $    23,558.09

Pursuant to 11 U.S.C. Section 326, compensation to the trustee is computed as follows:

(For cases filed on or after October 23, 1994)

|  | $ | 23,558.09 | 25% of First $5,000 | $ | 1,250.00 |
| --- | --- | --- | --- | --- | --- |
| Less | $ | -5,000.00 | ($1,250.00 Maximum) | | |
| Balance | $ | 0.00 | 10% of next $45,000 | $ | 1,855.81 |
| Less | $ | -45,000.00 | ($4,500.00 Maximum) | | |
| Balance | $ | 0.00 | 5% of next $950,000 | $ | 0.00 |
| Less | $ | -950,000.00 | ($47,500.00 Maximum) | | |
| Balance | $ | 0.00 | 3% of Balance | $ | 0.00 |

TOTAL COMPENSATION REQUESTED                               $    3,105.81

TRUSTEE'S EXPENSES (ITEMIZED):
Premium on Trustee's bond ................................................................$        0.00
Necessary travel (0 miles @ 0.0 cents/mile)........................................$        0.00
Necessary copies (880.0 @ 10.0 cents/copy).......................................$       88.00
Postage ...............................................................................................$      143.92
Telephone charges..............................................................................$        0.00
Clerical/Secretarial staff (0.0 hrs @ $0.00/hr) .....................................$        0.00
Paralegal Staff (0.0 hrs @ $0.00/hr)....................................................$        0.00

| | |
|---|---|
| Supplies/Stationery..................................................................................$ | 0.00 |
| Distribution.............................................................................................$ | 0.00 |
| Professional ...........................................................................................$ | 0.00 |
| Other......................................................................................................$ | 0.00 |
| TOTAL EXPENSES CLAIMED ......................................................$ | 231.92 |
| TOTAL REQUESTED FEES AND EXPENSES ...............................$ | 3,337.73 |

**WHEREFORE**, the Trustee request this application be approved by the Court and that the Trustee be awarded $3,105.81 as compensation and $231.92 for reimbursement of expenses. The Trustee certifies that no payments have been made or promised to him/her for services rendered in any capacity in this case. No agreement or understanding exists between the Trustee and any other person or entity, other than his/her law firm, for sharing compensation or to be received.

Dated: 1/9/2025                                       /s/ Thomas H. Fluharty
                                                              Thomas H. Fluharty, Trustee

                                                              WV Bar No.: 1231

                                                              408 Lee Avenue

                                                              Clarksburg, WV  26301
                                                              (304) 624-7832

Printed: 01/09/2025 6.26 AM                                                                                              Page: 1

# Trustee Expense

### Period: 06/27/2024 - 01/08/2025

### Trustee: Thomas H. Fluharty

| **Case Number:** | 24-60041 | **Case Name:** | MOUNTAIN STATE COLLEGE, INC. |
|---|---|---|---|
| **Case Type:** | Asset | **Judge:** | B. MCKAY MIGNAULT |
| **Petition Date:** | 05/23/2024 | **341a Meeting:** | 06/20/2024 10.30 AM |

**Category:** COPY

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 01/08/2025 | application to pay accountant to all creditors | 100.0 | $ 0.100000 | $10.00 |
| 10/23/2024 | copies of appl's pay realtor & auctioneer fees to all creditors. | 216.0 | $ 0.100000 | $21.60 |
| 10/16/2024 | application pay auctioneer fees & expenses to all creditors. | 182.0 | $ 0.100000 | $18.20 |
| 08/15/2024 | copy motion conduct auction real property & motion employ Joe R. Pyle to all creditors. | 150.0 | $ 0.100000 | $15.00 |
| 06/27/2024 | copy motion conduct auction to all creditors. | 232.0 | $ 0.100000 | $23.20 |
| | **Total for category COPY** | **880.0** | | **$88.00** |

**Category:** POST

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 01/08/2025 | application to pay accountant to all creditors | 25.0 | $ 0.720000 | $18.00 |
| 12/19/2024 | mailing of tax returns. | 16.04 | $ 1.000000 | $16.04 |
| 12/19/2024 | mailing of tax returns | 4.0 | $ 1.770000 | $7.08 |
| 12/19/2024 | mailing of tax returns | 1.0 | $ 4.610000 | $4.61 |
| 12/19/2024 | mailing of tax returns | 1.0 | $ 2.310000 | $2.31 |
| 12/19/2024 | mailing of tax returns | 1.0 | $ 2.040000 | $2.04 |
| 10/23/2024 | copies of appl's pay realtor & auctioneer fees to all creditors. | 27.0 | $ 1.360000 | $36.72 |
| 10/16/2024 | application pay auctioneer fees & expenses to all creditors. | 26.0 | $ 0.680000 | $17.68 |
| 08/15/2024 | copy motion conduct auction real property & motion employ Joe R. Pyle to all creditors. | 30.0 | $ 0.680000 | $20.40 |
| 06/27/2024 | copy motion conduct auction to all creditors. | 28.0 | $ 0.680000 | $19.04 |
| | **Total for category POST** | **159.04001** | | **$143.92** |

| | | | **Total for case 24-60041:** | **$231.92** |
|---|---|---|---|---|