**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

In Re:  Mountain State College, Inc.                         Bk. No.: 24-60041

      Debtor.

**ORDER APPROVING PROFESSIONAL FEES AND EXPENSES**

      The Court having considered the fee applications filed in the above-styled matter, and notice having been sent to the entire creditor body and there being no objections filed thereto, the Court is of the opinion that the fees and expenses as set out below should be paid by the Chapter 7 Trustee, as follows:

ADMINISTRATIVE EXPENSES—CHAPTER 7

| | |
|---|---:|
| Thomas H. Fluharty, Trustee | $3,105.81 |
|     Trustee Fees | |
| Thomas H. Fluharty, Trustee | $ 231.92 |
|     Trustee Expenses | |
| Thomas H. Fluharty, Esquire | $3,164.00 |
|     Attorney Fees | |
| Jack P. Lantzy | $1,850.00 |
|     Accountant Fees | |
| Mike Voshel Auctioneer | $3,313.13 |
|     Auctioneer Fees | |
| Joe R. Pyle | $1,062.50 |
|     Auctioneer Fees | |
| Debbie Douglass, Realtor | $ 187.50 |
|     Realtor | |

      It is accordingly **ORDERED**.

Thomas H. Fluharty, Trustee
408 Lee Avenue
Clarksburg, WV 26301